UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CAROLYN S. CALLAHAN,

        Defendant.
_____/

Case No. 1:05:CR:278

HON. GORDON J. QUIST

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed February 3, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Carolyn S. Callahan's pleas of guilty to Counts One and Two of the Indictment are accepted. Defendant Carolyn S. Callahan is adjudicated guilty.

Dated: February 17, 2006

                      /s/ Gordon J. Quist
                      GORDON J. QUIST
                      UNITED STATES DISTRICT JUDGE